# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**NICHOLAS SERVICES, LLC**                                                   **PLAINTIFF**

**VS.**                            **CIVIL ACTION NO. 3:23-CV-390-MPM-JMV**

**AEROELITE INTERIORS CORP., AIRTECH
OF OHIO, LLC, and EAST COAST AIRCRAFT
PAINTING, INC.**                                                 **DEFENDANTS**

---

## ORDER GRANTING UNOPPOSED MOTION FOR JURISDICTIONAL DISCOVERY

---

THIS matter comes before the Court on the Plaintiff's unopposed motion for jurisdictional discovery of East Coast Aircraft Painting, Inc. ("East Coast") [34]. Plaintiff requests leave to conduct limited, narrowly-targeted jurisdictional discovery on East Coast, attached to the unopposed motion as Exhibit A. Plaintiff seeks limited email correspondence between Defendant East Coast and its co-defendants – AeroElite Interiors Corp. and Airtech of Ohio, LLC – that contains the following terms: (a) "Nicholas", (b) "Corr", and (c) "N356N"1. *See* Ex. A to [34]. East Coast, without confessing that Plaintiff has made a preliminary showing of jurisdiction, or otherwise conceding that the discovery is appropriate, does not oppose the discovery.

Having considered Plaintiff's reasoning set forth in the unopposed motion for jurisdictional discovery of East Coast, the Court finds the motion is well-taken and should be granted. Accordingly, Plaintiff is granted leave to serve the limited, narrowly-targeted jurisdictional discovery attached as Exhibit A to the motion [34] upon Defendant East Coast.

SO ORDERED, this the 5th day of April, 2024.

                                                         */s/ Jane M. Virden*
                                                         UNITED STATES MAGISTRATE JUDGE