**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**NICHOLAS SERVICES, LLC**                                                               **PLAINTIFF**

**v.**                                   **No. 3:23-cv-00390-MPM-JMV**

**AEROELITE INTERIORS CORP., et al.**                              **DEFENDANTS**

## AGREED ORDER

This matter is before the Court on the agreed motion of Plaintiff Nicholas Services, LLC ("Nicholas") and Defendant East Coast Aircraft Painting, Inc. ("East Coast") to establish the following briefing schedule related to East Coast's Motion to Dismiss. As a basis for their motion, Nicholas and East Coast have informed the Court that jurisdictional discovery is complete. The Court, having considered the motion, finds that the motion is well-taken and due to be granted. The briefing schedule for this matter shall be established as follows:

1. Nicholas shall file its response to East Coast's Motion to Dismiss no later than June 21, 2024.

2. East Coast shall file its reply in support of its Motion to Dismiss no later than July 10, 2024.

**SO ORDERED** this the 3rd day of June, 2024.

                                               /s/ Michael P. Mills
                                               **UNITED STATES DISTRICT JUDGE
                                               NORTHERN DISTRICT OF MISSISSIPPI**

AGREED TO:

/s/ D. Sterling Kidd
D. Sterling Kidd (MS Bar No. 103670)
Baker, Donelson, Bearman,
CALDWELL & BERKOWITZ, P.C.
One Eastover Center
100 Vision Drive, Suite 400 (ZIP 39211)
P. O. Box 14167
Jackson, Mississippi 39236
Telephone: 601.351.2400 / Facsimile: 601.351.2424
skidd@bakerdonelson.com
***Counsel for Plaintiff***

/s/ Caroline B. Smith
Benjamin M. (Ben) Watson, MSB #100078
Caroline B. Smith, MSB #105501
BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Phone: (601) 948-5711
Fax: (601) 985-4500
Email: ben.watson@butlersnow.com
caroline.smith@butlersnow.com
***Counsel for Defendant East Coast Aircraft Painting, Inc.***